# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**MANES' PHARMACY, INC.**                                                                              **PLAINTIFF**

**V.**                           **CASE NO. 2:22-CV-2186**

**AMERISOURCEBERGEN DRUG CORPORATION**                    **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Court's Opinion and Order filed this day, Plaintiff Manes' Pharmacy, Inc's Motion for Summary Judgment (Doc. 65) is **DENIED**, Defendant AmerisourceBergen Drug Corporation's Motion for Summary Judgment (Doc. 61) is **GRANTED**, and Plaintiff's First Amended Complaint (Doc. 53) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 7th day of March, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE